# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JOSEPH HAYWOOD,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER |
| | )  2:10-cv-318-AKK-PWG |
| **ATTORNEY GENERAL FOR THE** | ) |
| **STATE OF ALABAMA,** | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on July 26, 2011, recommending that the petition for writ of habeas corpus be denied. The parties were allowed an opportunity in which to file objections. No objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file and the objections , the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. Accordingly, the petition for writ of habeas corpus is due to be **DENIED**. A Final Judgment will be entered.

Done the 25th day of August, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE